1
2
3

5
6                          **UNITED STATES DISTRICT COURT**
7                                **DISTRICT OF NEVADA**
8   UNITED STATES OF AMERICA,        )
                                     )
9            Plaintiff,               )
                                     )
10           v.                       )        2:12-CR-094-GMN-(GWF)
                                     )
11  KEVIN LEMONT GRAY,               )
                                     )
12           Defendant.               )
13                       **PRELIMINARY ORDER OF FORFEITURE**
14         This Court finds that on June 21, 2012, defendant KEVIN LEMONT GRAY pled guilty to
15  a Criminal Indictment charging him with Felon in Possession of a Firearm in violation of Title 18,
16  United States Code, Section 922(g)(1).  Criminal Indictment, ECF No. 8.
17         This Court finds defendant KEVIN LEMONT GRAY agreed to the forfeiture of the property
18  set forth in Forfeiture Allegation of the Criminal Indictment and agreed to in the Plea Memorandum
19  Criminal Indictment, ECF No. 8.
20         This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of
21  America has shown the requisite nexus between the property set forth in the Forfeiture Allegation of
22  the Criminal Information and the offenses to which defendant KEVIN LEMONT GRAY pled guilty.
23         The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section
24  924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section
25  853(n) (7):
26  . . .

1. Taurus International, Model 85, .38 caliber revolver, serial number GG45341; and

2. any and all ammunition ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of KEVIN LEMONT GRAY in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

Michael A. Humphreys
Assistant United States Attorney
Daniel D. Hollingsworth
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

**DATED** this 25th day of June, 2012.

_____
Gloria M. Navarro
United States District Judge