# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                            )<br>                    Plaintiff,              )<br>                                                            )<br>          v.                                            )<br>                                                            )<br>KEVIN LEMONT GRAY,              )<br>                                                            )<br>                    Defendant.          ) | 2:12-CR-094-GMN-(GWF) |

## AMENDED FINAL ORDER OF FORFEITURE

On June 25, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant KEVIN LEMONT GRAY to criminal offense, forfeiting specific property alleged in the Criminal Indictment and agreed to in the Plea Memorandum, and shown by the United States to have the requisite nexus to the offense to which defendant KEVIN LEMONT GRAY pled guilty. Criminal Indictment, ECF No. 8; Minutes of Change of Plea Proceedings, ECF No. 20; Plea Memorandum, ECF No. 21; Preliminary Order of Forfeiture, ECF No. 23.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from June 28, 2012, through July 27, 2012, further notifying all known third parties by personal service of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 24; Notice of Filing Service of Process, ECF No. 36.

. . .

The United States served all known third parties petitioners by personal service. Karyn L. Woodhams was served by personal service on October 9, 2012. Notice of Filing Service of Process, ECF No. 36.

PETITION:

On October 22, 2012, a Motion for Return of Seized Property was filed by Karyn L. Woodhams. Motion for Return of Seized Property, ECF No. 37.

On October 24, 2012, a Proposed Petition, Stipulation for Return of Property and Order was filed with the Court. Proposed Petition, Stipulation for Return of Property and Order, ECF No. 38.

On October 30, 2012, an Order Granting Petition, Stipulation for Return of Property was entered by the Court. Order Granting Stipulation for Return of Property, ECF No. 39.

This Court finds no other petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

    a.    Taurus International, Model 85, .38 caliber revolver, serial number GG45341; and

    b.    any and all ammunition ("property").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

Case 2:12-cr-00094-GMN-GWF   Document 41   Filed 11/14/12   Page 3 of 3

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

**DATED** this 14th day of November, 2012.

_____
Gloria M. Navarro
United States District Judge

3